# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | )    Case No.    19-sw-5813-NYW |
| 4255 Kittredge Street Apt. 1511 Denver, CO 80239 | ) ) ) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

SEE ATTACHMENT A

located in the _____STATE AND_____ District of _____COLORADO_____ , there is now concealed *(identify the person or describe the property to be seized):*

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

    ☑ evidence of a crime;

    ☑ contraband, fruits of crime, or other items illegally possessed;

    ☑ property designed for use, intended for use, or used in committing a crime;

    ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. § 841(a)(1) | To manufacture, distribute, or dispense, or possess with intent to manufacture, distibute, or dispense a controlled substance; |

The application is based on these facts:

SEE Affidavit attached hereto and incorporated by reference

    ☑ Continued on the attached sheet.

    ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/Keith Wilson

*Applicant's signature*

KEITH WILSON, SPECIAL AGENT - BATF

*Printed name and title*

Sworn to before me and signed in my presence.

Date: **13 Aug 2019**

                                                    *Judge's signature*

City and state:    Denver, Colorado

                                 Nina Y. Wang

                                 United States Magistrate Judge

                                 *Printed name and title*

**Attachment A**
**<u>PROPERTY TO BE SEARCHED:</u>**
**4255 Kittredge Street Apartment 1511 Denver, CO**

The Apartment belonging to Jesus CELESTIN-ORTEGA and that is located at 4255 Kittredge St. Apt. 1511, Denver, CO is an apartment in the Gateway Park Apartments Complex located on Kittredge Street.  Upon exiting route 70, head north on Chambers Road, turn right and head east on E. 40th St.  From E. 40th St., turn left and head north on Kittredge Street, then turn left into the Gateway Park Apartments.  Drive approximately 0.2 miles and arrive at building 15. Building 15 is a two story building with beige siding and white trim windows. Apartment 1511 is on the first floor and is located on the west side of building 15.  The door is black with the door knob on the right side.  The number 1511 is above the door knocker in white numbers with a blue background.




**Attachment B**
**DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED**

All evidence, fruits, and instrumentalities of violations of Title 21 U.S.C § 841(a)(1), Title 21 U.S.C. § 846 and Title 18 U.S.C. § 922(a)(1)(A) including the following items:

1.      Controlled substances, including, methamphetamine, heroin, fentanyl and cocaine.

2.      All firearms, firearm parts and other items relating to firearms possession including ammunition, holsters, cleaning kits, photographs, documents, receipts or records related to the sale, purchase, or possession of any firearms.

3.      Any vessels or other implements used in connection with the production, packaging, weighing, storage, transport, or distribution of such firearms and controlled substances.

4.      Any substance used to mix into controlled substances in order to create a larger volume. Such substances are commonly referred to as "cut."

5.      Books, records, receipts, notes, ledgers and other papers relating to the production, transportation, ordering, purchase or distribution of firearms and controlled substances.

6.      Books, records, invoices, receipts, records of real estate transactions, bank statements, and related records, certificates of deposits, passbooks, money drafts, letters of credit, money orders, bank drafts, cashier's checks, bank checks, correspondence, safe deposit keys, money wrappers, and other items evidencing the obtaining, secreting, transfer and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money.

7.      Cellular telephones and other communications devices.

8.      Address and/or telephone books (written or typed by hand as opposed to printed commercially), indices and any papers reflecting names, addresses, telephone numbers, pager numbers, fax number and/or telex numbers of co-conspirators, sources of supply, customers, financial institutions, and other individuals or businesses with whom a financial relationship exists.

9.      United States Currency, precious metals, jewelry and financial instruments, including mortgage notes, stocks, and/or bonds representing firearms and drug proceeds.

10.     Photographs and digital images, including still photos, negatives, videotapes, films, undeveloped film and the contents therein, slides, in particular, photographs of co-conspirators, of assets and/or firearms and controlled substances.

11.     Documents or other articles of personal property tending to indicate the ownership of and/or control over the TARGET LOCATION including, purchase or lease agreements, keys, and mail envelopes.